# EXHIBIT B

This ACKNOWLEDGEMENT reflects the information received from the California Department Of State.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company  1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

104214227 - 333380
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed in: California (S.O.S.)

Initial Filing #: 157461327866
Initial Book #:
Initial Page #:
Initial Filing Date: 8/21/2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CHD TRANSPORT INC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3449 WEST WRENWOOD AVENUE | FRESNO | CA | 93711 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Axis Capital, Inc | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 308 N Locust Street, Suite 100 | Grand Island | NE | 68801 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL EQUIPMENT NOW OR HEREAFTER ACQUIRED THAT IS COVERED BY ONE OR MORE LEASES AND/OR SECURITY AGREEMENTS BETWEEN DEBTOR AND SECURED PARTY ENTERED INTO IN THE PAST OR IN THE FUTURE, INCLUDING WITHOUT LIMITATION ALL PROCEEDS AND INSURANCE RELATING TO SAID EQUIPMENT AND ALL SUBSTITUTIONS, ACCESSIONS, AND REPLACEMENTS RELATING TO SAID EQUIPMENT, NOW OR HEREAFTER ACQUIRED. ALL EQUIPMENT RELATING TO AGREEMENT #930282.

5. Check only if applicable and check only one box: Collateral is ☐ Held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ Being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
104214227

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
This document was auto-generated from data received from the California Department of State