# EXHIBIT C

# EQUIPMENT FINANCE AGREEMENT

Agreement No. 931428
Customer No. 028045
www.axiscapitalinc.com


axis Capital, Inc.

308 N LOCUST ST
GRAND ISLAND, NE 68801
308-398-4140
308-398-4141 FAX

| DEBTOR ("you" or "your"): CHD TRANSPORT INC dba SINGH TRANSPORTATION | STREET ADDRESS 3449 WEST WRENWOOD AVENUE | CITY FRESNO | STATE CA | ZIP 93711 | SUPPLIER: See Schedule A |
|---|---|---|---|---|---|
| COLLATERAL LOCATION (if different from above) 3449 WEST WRENWOOD AVENUE FRESNO, CA 93711 | BUSINESS PHONE (559) 519-6095 | EMAIL ADDRESS 4489967@SBCGLOBAL.NET | | | COLLATERAL ("Collateral"): See Schedule A |

**TERM (in months):** 61    **PAYMENT AMOUNT** 1 @ $7,400.00  60 @ $1,498.83

1. **Agreement.** AXIS Capital, Inc. ("Secured Party", "us", "we" or "our") agrees to lend to Debtor and you agree to borrow from us an amount for the financing of the Collateral. [text illegible]

2. **Grant of Security Interest.** [text illegible]

3. **Collateral.** [text illegible]

4. **Fees and Taxes.** [text illegible]

5. **Insurance.** [text illegible]

6. **Default and Remedies.** [text illegible]

7. **General.** This EFA shall be governed and construed under the laws of the State of Nebraska [text illegible]

| Debtor Name: | CHD TRANSPORT INC dba SINGH TRANSPORTATION | ACCEPTED BY SECURED PARTY: Secured Party to sign below | AXIS CAPITAL, INC. |
|---|---|---|---|
| Signature: | X [signature] | BY SECURED PARTY: | [signature] Jenny Wilson |
| Printed Name and Title: | BALVINDER SINGH, PRESIDENT | Printed Name and Title: | Jenny Wilson, Funding Manager |
| Date: | 12-30-15 | Date: | 12-31-15 |

**GUARANTY:** [text illegible]

| Guarantor Signature: | [signature] | Guarantor Signature: | |
|---|---|---|---|
| Printed Name: (initials) | BALVINDER SINGH | Printed Name: (initials) | |

**AUTHORIZATION FOR ACH PAYMENTS:** [text illegible]

| Bank Name: | Wells Fargo Bank | Acct Holder Name: | CHD Transport Inc |
|---|---|---|---|
| Account No: | 8584 | Routing No: | 0496 |
| Authorized Signature: | [signature] | Printed Name and Title: | Balvinder Singh, President |