Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH, <br><br> Defendants. | Case No. 1:17-cv-00416-AWI-SKO <br><br> **RENEWED NOTICE OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT** <br><br> **DATE**: 9/27/17 <br> **TIME**: 9:30 a.m. <br> **COURTROOM**: 7 <br> **JUDGE**: Sheila K. Oberto, U.S.M.J. |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

As provided by Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff, AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC. ("Plaintiff" or "AMUR"), will and herein does move this Honorable Court for default judgment to be entered against defendants, CHD TRANSPORT INC. D/B/A/ SINGH TRANSPORTATION AND BALVINDER SINGH (collectively herein, the "Defendants"), for failure to plead or otherwise appear in this action in a timely manner, on September 27, 2017 at 9:30 a.m. in Courtroom 7, Eastern District of California, located at 2500 Tulare Street, Eighth Floor, Fresno, California 93721.

Plaintiff is herein moving this Court for judgment in its favor and against,

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

Renewed Notice of Motion and Renewed
Motion for Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

jointly and severally, the Defendants in the amount of: (1) $65,268.93 under the 930282 Finance Agreement[1] and the 930282 Singh Guaranty, in addition to (a) all costs and attorneys' fees incurred and to be incurred by AMUR in connection with the enforcement of its remedies under the 930282 Finance Agreement and the 930282 Singh Guaranty (including, without limitation, all pre-judgment and post-judgment attorneys' fees and costs), (b) post-judgment interest at the applicable rate, and (c) all other amounts due AMUR under the 930282 Finance Agreement, the 930282 Singh Guaranty, and applicable law; and (2) $78,506.57 under the 931428 Finance Agreement and the 931428 Singh Guaranty, in addition to (a) all costs and attorneys' fees incurred and to be incurred by AMUR in connection with the enforcement of its remedies under 931428 Finance Agreement and the 931428 Singh Guaranty (including, without limitation, all pre-judgment and post-judgment attorneys' fees and costs), (b) post-judgment interest at the applicable rate, and (c) all other amounts due AMUR under 931428 Finance Agreement, the 931428 Singh Guaranty, and applicable law.

This motion will be based on this Renewed Notice, this Court's file, all pleadings currently on file, and all supporting declarations, with exhibits, attached as exhibits hereto.

Dated: August 22, 2017                    VEDDER PRICE (CA), LLP


                                          By: /s/ Lisa M. Simonetti
                                              Lisa M. Simonetti
                                              Attorneys for Plaintiff AMUR
                                              Equipment Finance, Inc. f/k/a Axis
                                              Capital, Inc.

---

[1] Capitalized terms not defined herein bear the same meaning as set forth in the Declaration of Stacie Van Bibber, filed simultaneously herewith.