# EXHIBIT B

This ACKNOWLEDGEMENT reflects the information received from the California Department Of State.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

104214227 - 333380
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed in: California (S.O.S.)

Initial Filing #: 157461327866
Initial Book #:
Initial Page #:
Initial Filing Date: 8/21/2015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: CHD TRANSPORT INC

1c. MAILING ADDRESS: 3449 WEST WRENWOOD AVENUE
CITY: FRESNO
STATE: CA
POSTAL CODE: 93711
COUNTRY: USA

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):

3a. ORGANIZATION'S NAME: Axis Capital, Inc

3c. MAILING ADDRESS: 308 N Locust Street, Suite 100
CITY: Grand Island
STATE: NE
POSTAL CODE: 68801
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT NOW OR HEREAFTER ACQUIRED THAT IS COVERED BY ONE OR MORE LEASES AND/OR SECURITY AGREEMENTS BETWEEN DEBTOR AND SECURED PARTY ENTERED INTO IN THE PAST OR IN THE FUTURE, INCLUDING WITHOUT LIMITATION ALL PROCEEDS AND INSURANCE RELATING TO SAID EQUIPMENT AND ALL SUBSTITUTIONS, ACCESSIONS, AND REPLACEMENTS RELATING TO SAID EQUIPMENT, NOW OR HEREAFTER ACQUIRED, ALL EQUIPMENT RELATING TO AGREEMENT #930282.

8. OPTIONAL FILER REFERENCE DATA:  104214227

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1)(Rev. 04/20/11)
This document was auto-generated from data received from the California Department of State