# EXHIBIT C

**EQUIPMENT FINANCE AGREEMENT**

Agreement No. 93142?
Customer No. 03?045
www.axiscapitalinc.com


axis Capital, Inc.

100 N LOCUST ST
GRAND ISLAND, NE 68801
308-398-0100
308-398-0141 FAX

| DEBTOR ("you" or "your"): CHD TRANSPORT INC. dba SINGH TRANSPORTATION | STREET ADDRESS: 3449 WEST WRENWOOD AVENUE | CITY: FRESNO | STATE: CA  ZIP: 93711 | SUPPLIER: See Schedule A |

COLLATERAL LOCATION (if different from above): 3449 WEST WRENWOOD AVENUE FRESNO, CA 93711  (559) 519-9085
BUSINESS PHONE
EMAIL ADDRESS: chdhp@sbcglobal.net
COLLATERAL ("Collateral"): See Schedule A

TERM (in months): 60
PAYMENT AMOUNT: 1 @ $7,400.00 60 @ $1,498.83

1. Agreement. [body text of agreement, illegible]
2. Grant of Security Interest. [illegible]
3. Collateral. [illegible]
4. Fees and Taxes. [illegible]
5. Insurance. [illegible]
6. Default and Remedies. [illegible]
7. General. [illegible]

| Debtor Name: | CHD TRANSPORT INC dba SINGH TRANSPORTATION | ACCEPTED BY SECURED PARTY: | AXIS CAPITAL, INC. |
| Signature: | X [signature] | BY SECURED PARTY: | Jenny Wilson, Funding Manager |
| Printed Name and Title: | BALVINDER SINGH, PRESIDENT | Printed Name and Title: | Jenny Wilson, Funding Manager |
| Date: | 12-30-15 | Date: | 12.31.15 |

GUARANTY: [illegible text]

| Guarantor Signature: | [signature] | Guarantor Signature: | |
| Printed Name (jointly): | BALVINDER SINGH | Printed Name (jointly): | |

AUTHORIZATION FOR ACH PAYMENT: [illegible text]

| Bank Name: | Wells Fargo Bank | Acct Holder Name: | CHD Transport Inc |
| Account No: | ...8584 | Routing No: | ...0496 |
| Authorized Signature: | [signature] | Printed Name and Title: | Balvinder Singh, President |