Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH,<br><br>Defendants. | Case No. 1:17-cv-00416-AWI-SKO<br><br>**DECLARATION OF MITCHELL D. COHEN, ESQ.**<br><br>JUDGE: Sheila K. Oberto, U.S.M.J. |

### DECLARATION OF MITCHELL D. COHEN, ESQ.

I, **Mitchell D. Cohen, Esq.**, in support of the renewed application of plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc. ("AMUR") for an Order granting default judgment in favor of AMUR and against defendants CHD Transportation d/b/a Singh Transportation ("CHD") and Balvinder Singh ("Singh," and collectively with CHD, the "Defendants"), declare as follows:

1.  I am a member of the Bar of the States of New York and New Jersey and a Shareholder of the law firm of Vedder Price (CA), LLP ("Vedder Price"), counsel for plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc. ("AMUR" or "Plaintiff") in the above-captioned action (the "Action"). I, along with my colleague, Lisa Simonetti, Esq., am responsible for providing the legal

Declaration of Mitchell D. Cohen, Esq. in
support of Plaintiff's Renewed Motion for
Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

services in connection with the filing of the Complaint and the recovery of the amounts due and owing Plaintiff by the Defendants in the Action.

2. I have been practicing law for over seventeen years. I regularly represent Axis, and my practice focuses primarily on commercial litigation and creditors' rights.

3. I submit this Declaration in support of an award of attorneys' fees and costs in favor of AMUR pursuant to those certain finance agreements and related guaranties executed by the Defendants.

4. I make these statements based on my own personal knowledge and review of the relevant files and documents and would so testify if called as a witness at trial.

5. I have knowledge of the hours spent by myself on behalf of Plaintiff, and of the books and records of such hours kept by Vedder Price and prepared in the ordinary course of business. It is the regular practice of the attorneys at Vedder Price to record the time spent and services rendered in such records.

6. My average hourly billing rate in this case is $440. The average billing rate for the other attorneys on this case ranges from $340 - $675. The average billing rate for the paralegal on this case is $225.

7. Vedder Price bills Plaintiff at Vedder Price's standard hourly rates, and Vedder Price's standard hourly rates are billed in tenths of an hour. Attached hereto as **Exhibit 1** is a billing summary which summarizes the legal fees and expenses charged to Plaintiff in connection with this matter.

8. I have reviewed the billing statement attached hereto and all of the fees Vedder Price charged Plaintiff in this case relate to obtaining the judgment against Defendants, which was necessitated by Defendant's default under the subject finance agreements and related guaranties.

Declaration of Mitchell D. Cohen, Esq. in support of Plaintiff's Renewed Motion for Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

- 2 -

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

9. In connection with the Action, Vedder Price has rendered professional services on Plaintiff's behalf in the amount of than Eleven Thousand and Fifty-Five Dollars ($11,055.00). Plaintiff also incurred Two Thousand Sixty-Two Dollars and Fifty-Six Cents ($2,062.56)for expenses in connection with the services rendered by Vedder Price, for a total amount of Thirteen Thousand One Hundred Seventeen Dollars and Fifty-Six Cents ($13,117,56).

10. It is my opinion that the fees and expenses charged for services rendered in this case are reasonable, necessary, usual and customary attorneys' fees for this work performed.

I declare under penalty of perjury under the laws of the United States, the State of New York and the State of California that the foregoing is true and correct.

Executed this 22nd day of August 2017 at New York, New York.

*/s/ Mitchell D. Cohen*
Mitchell D. Cohen

Declaration of Mitchell D. Cohen, Esq. in support of Plaintiff's Renewed Motion for Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

- 3 -