# **EXHIBIT 1**

*ATTORNEYS FEES AND COSTS*

**ATTORNEYS FEES**

| Name | Rate | Hours | Total |
|---|---|---|---|
| COHEN, M. | 440 | 6 | 2,640.00 |
| SIMONETTI, L. | 675 | 0.3 | 202.5 |
| WARE, F.L. | 420 | 17.8 | 7,476.00 |
| HUDDLESTON, A. | 340 | 2.1 | 714.00 |
| ALLEN-MAYE D. | 225 | 0.1 | 22.5 |

| | | | |
|---|---|---|---|
| **GRAND TOTAL:** | | 26.3 | 11,055.00 |

**COSTS**  2,062.56

**TOTAL:**  13,117.56