Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH, <br><br> Defendants. | Case No. 1:17-cv-00416-AWI-SKO <br><br> **DECLARATION IN SUPPORT OF RENEWED MOTION FOR DEFAULT JUDGMENT** <br><br> JUDGE: Sheila K. Oberto, U.S.M.J. |

**LISA M. SIMONETTI** hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court with Vedder Price (CA), LLP, attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc. ("AMUR" or "Plainitff"). I submit this declaration in support of Plaintiff's Renewed Motion for Default Judgment against defendants CHD Transport Inc., d/b/a Singh Transportation ("CHD"), and Balvinder Singh ("Singh," and together with CHD, the "Defendants").

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

Declaration in support of Renewed Motion for
Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

2. On March 22, 2017, AMUR filed the Complaint against the Defendants. [*Docket No. 1*].

3. This Court issued a Summons as to CHD on March 22, 2017. [*Docket No. 2*].

4. This Court issued a Summons as to Singh on May 5, 2017. [*Docket No. 7*].

5. The Defendants were served with the Summons and Complaint on May 13, 2017. [*Docket Nos. 8 and 10*].

6. On March 23, 2017 and June 7, 2017, Plaintiff, though counsel, filed affidavits of service regarding same. [*Docket Nos. 8 and 10*].

7. The Defendants' response to the Complaint was due on or before June 5, 2017 pursuant to Fed.R.Civ.P. 12(a)(i).

8. As of today, neither of the Defendants has filed a responsive pleading or otherwise made an appearance in this matter.

9. Neither of the Defendants are infants, in the military or incompetent persons.

10. On August 10, 2017, the Clerk of this Court entered default against the Defendants. [*Docket Nos. 18 and 19*].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of August 2017 at Los Angeles, California.

                                                   */s/ Lisa M. Simonetti*
                                                   Lisa M. Simonetti