Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH, <br><br> Defendants. | Case No. 1:17-cv-00416-AWI-SKO <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** <br><br><br> JUDGE: Sheila K. Oberto, U.S.M.J. |

Having considered plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.'s ("Plaintiff" or "AMUR") Renewed Motion for Default Judgment against defendants CHD Transport Inc. d/b/a Singh Transportation ("CHD") and Balvinder Singh ("Singh," and collectively with CHD, the "Defendants"), the Court hereby GRANTS the Renewed Motion for Default Judgment and ORDERS judgment be entered as follows:

   1.   In favor of AMUR and against, jointly and severally, the Defendants in the amount of Sixty-Five Thousand Two Hundred Sixty-Eight Dollars and Ninety-Three Cents ($65,268.93) pursuant to the 930282 Finance Agreement and the 930282 Singh Guaranty, in addition to post-judgment interest at the applicable rate;

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

Proposed Order Granting Renewed Motion for
Default Judgment
Case No.: 1:17-cv-00416-AWI-SKO

and

2. In favor of AMUR and against, jointly and severally, the Defendants in the amount of Seventy-Eight Thousand Five Hundred Six Dollars and Fifty-Seven Cents ($78,506.57) pursuant to the 931428 Finance Agreement and the 931428 Singh Guaranty, in addition to post-judgment interest at the applicable rate; and

3. An award of attorneys' fees and costs and in favor of AMUR and against, jointly and severally, the Defendants in the amount of no less than Eleven Thousand and Fifty-Five Dollars ($11,055.00) representing attorneys' fees and Two Thousand Sixty-Two Dollars and Fifty-Six Cents ($2,062.56) representing costs, for a total amount of no less than Thirteen Thousand One Hundred Seventeen Dollars and Fifty-Six Cents ($13,117,56).

Dated: _____

Hon. Sheila K. Oberto
United States Magistrate Judge