1  Vedder Price (CA), LLP
   Lisa M. Simonetti (SBN 165996)
2  lsimonetti@vedderprice.com
   1925 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone:  (424) 204 7700
4  Facsimile : (424) 204 7702

5  Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

6

7                 UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 AMUR EQUIPMENT FINANCE, INC.  )  Case No.  1:17-cv-00416-AWI-SKO
   F/K/A AXIS CAPITAL, INC.,     )
11                               )  **DECLARATION OF LISA M.**
              Plaintiff,          )  **SIMONETTI, ESQ.**
12                               )
   vs.                            )
13                               )  **JUDGE**: Sheila K. Oberto, U.S.M.J.
   CHD TRANSPORT INC. D/B/A SINGH )
14 TRANSPORTATION AND             )
   BALVINDER SINGH,               )
15                               )
              Defendants.         )
16                               )

17          __DECLARATION OF LISA M. SIMONETTI, ESQ.__

18      I, **Lisa M. Simonetti, Esq.**, in support of plaintiff AMUR Equipment

19 Finance, Inc. f/k/a Axis Capital, Inc.'s ("AMUR") request for an award of

20 contractual attorneys' fees and costs against defendants CHD Transport, Inc. d/b/a

21 Singh Transportation ("CHD") and Balvinder Singh ("Singh," and collectively with

22 CHD, the "Defendants"), declare as follows:

23      1.      I have personal knowledge of the facts set forth herein, and I submit

24 this Declaration in support of an award of contractual attorneys' fees and costs in

25 favor of AMUR pursuant to those certain finance agreements and related guaranties

26 executed by the Defendants.

27

28

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

Declaration of Lisa M. Simonetti, Esq. in
support of Plaintiff's Request for Attorneys'
Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

2.     I am a Shareholder of the law firm of Vedder Price (CA), LLP ("Vedder Price"), counsel for AMUR in the above-captioned action (the "Action").

3.     I am a graduate of the University of California Los Angeles (1986) and of Loyola Law School Los Angeles (1993).  I am admitted to practice in the State of California and the following federal courts: the Central, Southern, Northern, and Eastern Districts of California, the Northern and Central Districts of Illinois, the District of Colorado, the Eastern District of Michigan, the Western District of New York, the Southern District of Indiana, the U.S. Court of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits, and the United States Supreme Court.

4.     I have assisted in the representation of AMUR in the Action, and I have expended time reviewing the pleadings for compliance with California law.

5.     During my representation of AMUR in the Action, my hourly billing rate was $675.00.

6.     I have devoted a total of .3 hours (as of September 28, 2017) to the Action, resulting in total fees to AMUR of $202.50, exclusive of costs and expenses.

7.     I have also been responsible for AMUR incurring costs in the following amounts in connection with the Action (totaling $2,041.00 as of September 28, 2017):

      a.  Filing Fees                 $400.00;

      b.  Fees to Process Server     $1,641.00

7.     I have attempted at all times to be as efficient as possible in representing AMUR in the Action.

Declaration of Lisa M. Simonetti, Esq. in
support of Plaintiff's Request for Attorneys'
Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

- 2 -

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 2nd day of  October 2017 at Los Angeles, California.


*/s/ Lisa M. Simonetti*
Lisa M. Simonetti

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

Declaration of Lisa M. Simonetti, Esq. in
support of Plaintiff's Request for Attorneys'
Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

- 3 -