Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH, <br><br>Defendants. | Case No.  1:17-cv-00416-AWI-SKO <br><br>**DECLARATION OF MITCHELL D. COHEN, ESQ.** <br><br>**JUDGE**: Sheila K. Oberto, U.S.M.J. |

### DECLARATION OF MITCHELL D. COHEN, ESQ.

I, **Mitchell D. Cohen, Esq.**, in support of plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc. ("AMUR") request for an award of contractual attorneys' fees and costs against defendants CHD Transport Inc. d/b/a Singh Transportation ("CHD") and Balvinder Singh ("Singh," and collectively with CHD, the "Defendants"), declare as follows:

1. I have personal knowledge of the facts set forth herein, and I submit this Declaration in support of an award of contractual attorneys' fees and costs in favor of AMUR pursuant to those certain finance agreements and related guaranties executed by the Defendants.

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

Declaration of Mitchell D. Cohen, Esq. in support of Plaintiff's Request for Attorneys' Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

2. I am a Shareholder of the law firm of Vedder Price (CA), LLP ("Vedder Price"), counsel for AMUR in the above-captioned action (the "Action").

3. I am a graduate of the State University of New York at Albany (1995) and of Emory University School of Law (1998). I am admitted to practice in the States of New York and New Jersey, the Southern and Eastern Districts of New York, and the District of New Jersey.

4. I currently serve as Co-Chair of the firm's Creditors' Rights and Collections group. My clients include equipment finance and leasing companies, financial institutions, and lenders involved in a wide range of leasing, corporate finance, and related structured transactions. I also represent other secured and unsecured corporate creditors in litigation, bankruptcy, and insolvency proceedings throughout the United States.

5. I have represented AMUR in creditor's rights matters for several years, and I am lead counsel in the representation of AMUR in the Action.

6. In my capacity as lead counsel in the Action, I expended time attending to strategy and reviewing the documents and pleadings, among other tasks.

7. During my representation of AMUR in the Action, my discounted hourly billing rate was $440.00.

8. I have devoted a total of 6.6 hours (as of July 31, 2017) to the Action, resulting in total fees to AMUR of $2,904.00, exclusive of costs and expenses.

9. I am also responsible for AMUR incurring the following costs through July 31, 2017, for a total cost of $49.08:

| | |
|---|---|
| Federal Express Delivery Service | $9.28 |
| Inside Document Production (60 pages) | $12.00 |
| Pacer - Online Research | $5.30 |
| .1 hour of paralegal time | $22.50 |

10. I have striven at all times to be as efficient as possible in representing AMUR in the Action.

11. Attached hereto as **Exhibit 1**[1] are true and correct copies of Vedder Price's invoices for January 2017 – July 2017, reflecting legal fees and costs incurred by AMUR for services rendered in connection with the Action. The invoices also provide a breakdown of the costs incurred by AMUR in connection with the Action. *See* Exhibit 1 at p. 9.

12. In addition to myself, Lisa M. Simonetti, Esq., Fleming L. Ware, Esq., and Ashley Huddleston, Esq. have expended time on the Action. The time spent by my colleagues, as well as their respectively hourly rates, are set forth in their respective Declarations being filed simultaneously herewith.

13. I respectfully submit that the fees and costs incurred by AMUR in the Action were reasonable, necessary, and appropriate.

I declare under penalty of perjury under the laws of the United States, the State of New York, and the State of California that the foregoing is true and correct. Executed this 2nd day of October 2017 at New York, New York.

*/s/ Mitchell D. Cohen*
_____
Mitchell D. Cohen

---

[1] Privileged information has been redacted from Exhibit 1.

Declaration of Mitchell D. Cohen, Esq. in support of Plaintiff's Request for Attorneys' Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

- 3 -