# EXHIBIT 1

# ATTORNEYS FEES

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/23/17 | Review/analysis file; Telephone conference with **[Redacted]**; Attend to issues regarding **[Redacted]**. | COHEN, M. | .50 | 220.00 |
| 01/23/17 | Confer with client regarding **[Redacted]**; review file; attend to **[Redacted]**. | WARE, F.L. | .40 | 168.00 |
| 01/24/17 | Review/analysis **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 01/24/17 | Draft and revise demand letter; begin drafting and revising complaint. | WARE, F.L. | 1.10 | 462.00 |
| 01/26/17 | Continue drafting and revising complaint and accompanying documents. | WARE, F.L. | 2.20 | 924.00 |
| 01/27/17 | Edit/revise complaint; Edit/revise demand letter; Edit/revise litigation hold letter. | COHEN, M. | .40 | 176.00 |
| 01/27/17 | Continue revising complaint and demand letter; attend to issues associated with **[Redacted]**. | WARE, F.L. | 1.40 | 588.00 |
| 01/30/17 | Draft and revise email to client regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/01/17 | Attend to strategy in **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/07/17 | Review/analysis file; Preparation and revision of correspondence to client regarding **[Redacted]**; Review/analysis correspondence from client regarding **[Redacted]**; Preparation of Notice of Interested Party; Preparation of Corporate Disclosure Statement; Preparation of Notice of Related Cases; Preparation of Writ for Claim and Delivery of Personal Property. | COHEN, M. | .90 | 396.00 |
| 02/07/17 | Attend to strategy issues in connection with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/08/17 | Preparation of application fore Writ of Possession and Memo of Points and Authorities in Support Thereof. | COHEN, M. | .90 | 396.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/09/17 | Preparation of Declaration of Angie Jensen in support of claim and delivery; Preparation and revision of correspondence to client regarding **[Redacted]**; Preparation and revision of Order Regarding Claim and Deliver of Personal Property; Edit/revise all related documents. | COHEN, M. | 1.80 | 792.00 |
| 02/09/17 | Draft and revise status update to client; attend to **[Redacted]**. | WARE, F.L. | .30 | 126.00 |
| 02/10/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/13/17 | Revise documents in support of replevin action; compile and redact exhibits; confer with California counsel regarding **[Redacted]**. | WARE, F.L. | .40 | 168.00 |
| 02/14/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/15/17 | Confer with client regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .20 | 84.00 |
| 02/22/17 | Confer with client regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 02/28/17 | Confer with client regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 03/06/17 | Confer with client regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 03/07/17 | Telephone conference with client regarding **[Redacted]**; Edit/revise affidavit. | COHEN, M. | .20 | 88.00 |
| 03/08/17 | Review/analysis correspondence from client regarding **[Redacted]**; Preparation and revision of numerous correspondence to client regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 03/13/17 | Review/analysis correspondence from client regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 03/14/17 | Attend to issues regarding motion for possession. | COHEN, M. | .10 | 44.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/15/17 | Compile and redact exhibits in support of complaint and application for writ of possession; confer with CA office regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .50 | 210.00 |
| 03/16/17 | Provide status update to client; confer with California office regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .60 | 252.00 |
| 03/21/17 | Review final documents in accordance with local rules to **[Redacted]**; confer with California paralegal regarding **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .70 | 294.00 |
| 03/21/17 | Review exhibits in preparation for filing with complaint | ALLEN-MAYE, D. | .10 | 22.50 |
| 03/22/17 | Revise summons and civil cover sheet; redact exhibits to complaint; attend to **[Redacted]**. | WARE, F.L. | .60 | 252.00 |
| 03/23/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 03/24/17 | Review and revise papers in support of application of writ of possession; confer with California office regarding **[Redacted]**. | WARE, F.L. | .80 | 336.00 |
| 03/27/17 | Confer with California filing Clerk regarding filing of Application for Writ of Possession; confer with process server regarding service of process on defendants; locate alternate addresses for defendants; attend to issues regarding **[Redacted]**. | WARE, F.L. | .60 | 252.00 |
| 03/28/17 | Confer with court regarding relief requested in application for writ of possession and **[Redacted]**; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 03/29/17 | Review notice from court regarding application; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 03/30/17 | Re-notice motion before magistrate judge, to whom case has been assigned; attend to **[Redacted]**. | WARE, F.L. | .20 | 84.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/31/17 | Review/analysis correspondence from client regarding **[Redacted]**; Attend to issues regarding **[Redacted]**; Preparation and revision of correspondence to client regarding **[Redacted]**. | COHEN, M. | .20 | 88.00 |
| 03/31/17 | Confer in firm regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/03/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/04/17 | Confer with process server regarding substitute address for defendant. | WARE, F.L. | .10 | 42.00 |
| 04/05/17 | Research new addresses for defendants in light of failure to serve at listed address for individual or entity. | WARE, F.L. | .20 | 84.00 |
| 04/10/17 | Attend to **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/13/17 | Attend to issues regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 04/13/17 | Confer with client regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/17/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/18/17 | Provide status update to client. | WARE, F.L. | .10 | 42.00 |
| 04/19/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/21/17 | Confer with process server regarding service of process of defendants; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/24/17 | Confer with process server regarding service of process. | WARE, F.L. | .10 | 42.00 |
| 04/25/17 | Confer with process server regarding service of process. | WARE, F.L. | .10 | 42.00 |
| 04/26/17 | Attend to **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 04/27/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 05/01/17 | Confer with process server regarding service of process; attend to issues regarding **[Redacted]**. | WARE, F.L. | .20 | 84.00 |
| 05/05/17 | Attend to issues regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 05/05/17 | Attend to **[Redacted]**. | WARE, F.L. | .20 | 84.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/08/17 | Confer with process server regarding service of process of documents; review correspondence from court regarding new summons issued. | WARE, F.L. | .20 | 84.00 |
| 05/14/17 | Attend to [Redacted]. | WARE, F.L. | .10 | 42.00 |
| 05/15/17 | Attend to issues [Redacted]. | WARE, F.L. | .10 | 42.00 |
| 05/16/17 | Attend to issues [Redacted]. | COHEN, M. | .10 | 44.00 |
| 05/16/17 | Review correspondence received form process server; attend to issues regarding [Redacted]. | WARE, F.L. | .20 | 84.00 |
| 05/18/17 | Review affidavit of service for propriety; docket deadlines. | WARE, F.L. | .10 | 42.00 |
| 05/23/17 | Provide status report to court as required by case management order. | WARE, F.L. | .10 | 42.00 |
| 05/24/17 | Provide status update to client; attend to issues associated with [Redacted]; docket deadlines. | WARE, F.L. | .20 | 84.00 |
| 05/30/17 | Attend to issues regarding [Redacted]. | COHEN, M. | .10 | 44.00 |
| 05/31/17 | Attend to [Redacted]; confer with court regarding date for pre-judgment replevin hearing. | WARE, F.L. | .20 | 84.00 |
| 06/01/17 | Confer with process server regarding service of process on defendants; attend to issues regarding [Redacted]. | WARE, F.L. | .10 | 42.00 |
| 06/03/17 | Attention to [Redacted] | SIMONETTI, L. | .10 | 67.50 |
| 06/05/17 | Attention to rule 26 conference and status | SIMONETTI, L. | .10 | 67.50 |
| 06/05/17 | Attend to issues associated with [Redacted]; attend to issues associated with [Redacted]. | WARE, F.L. | .30 | 126.00 |
| 06/06/17 | Attention to notice regarding service | SIMONETTI, L. | .10 | 67.50 |
| 06/06/17 | Attend to issues with [Redacted]; confer with process server [Redacted]. | WARE, F.L. | .20 | 84.00 |
| 06/13/17 | Review Order received from court; attend to issues regarding [Redacted]; confer in firm regarding [Redacted]; docket deadlines. | WARE, F.L. | .30 | 126.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/14/17 | Confer with court regarding hearing on replevin motion. | WARE, F.L. | .20 | 84.00 |
| 06/20/17 | Attend to issues associated with court appearance and initial disclosures. | WARE, F.L. | .20 | 84.00 |
| 06/21/17 | Attend to issues regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 06/21/17 | Attend to strategy issues. | WARE, F.L. | .10 | 42.00 |
| 06/22/17 | Draft and revise status report as ordered by court; confer in firm regarding **[Redacted]**; attend to **[Redacted]**. | WARE, F.L. | 1.80 | 756.00 |
| 06/26/17 | Attend to issues associated **[Redacted]**; attend to issues regarding **[Redacted]**; confer in firm regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 06/27/17 | Attend to issues associated with **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 07/11/17 | Attend to issues **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 07/11/17 | Attend to **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 07/18/17 | Confer in firm regarding filing motion for default judgment; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 07/18/17 | Draft documents for default judgment motion. | HUDDLESTON, A. | 2.10 | 714.00 |
| 07/24/17 | Attend to issues regarding **[Redacted]**. | COHEN, M. | .10 | 44.00 |
| 07/24/17 | Attend to **[Redacted]**. | WARE, F.L. | .20 | 84.00 |
| 07/25/17 | Review correspondence received from court regarding filing motion for default judgment; attend to issues regarding **[Redacted]**. | WARE, F.L. | .10 | 42.00 |
| 07/27/17 | Revise motion for default judgment; review correspondence from court regarding same; attend to issues regarding **[Redacted]**. | WARE, F.L. | 1.60 | 672.00 |
| 07/28/17 | Edit/revise motion for default judgment. | COHEN, M. | .60 | 264.00 |
| 07/28/17 | Draft and revise motion for default judgment; attend to issues associated with **[Redacted]**. | WARE, F.L. | 2.40 | 1008.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/31/17 | Revise motion for default judgment; confer with client regarding **[Redacted]**; **[Redacted]**. | WARE, F.L. | 1.60 | 672.00 |

# COSTS

| | |
|---|---:|
| Fees Initial Filing Fees For New Litigation Matter Axis V. Chd Et Al. Merchant: Avalos Sandra F Mar 22, 2017, Simonetti, L.. | 400.00 |
| Fedex - Delivery Service 786043932534 Fresno | 9.28 |
| Fees - Lexisnexis Risk Solutions GA Inc. | 9.58 |
| Fees - Nationwide Legal, Inc. 3/27-4/5 | 827.00 |
| Fees - Nationwide Legal, Inc. Payment Of Invoice For Delaware and New York Registered Agent Services On Behalf Of Arh Group, Inc Through May 31, 2018 | 500.00 |
| Fees - Nationwide Legal, Inc. Invoice No.153248 Legal Services | 314.00 |
| Inside Document Production Pages 60 | 12.00 |
| Pacer - Online Research | 5.30 |