Vedder Price (CA), LLP
Lisa M. Simonetti (SBN 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (424) 204 7700
Facsimile : (424) 204 7702

Attorneys for Plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. F/K/A AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHD TRANSPORT INC. D/B/A SINGH TRANSPORTATION AND BALVINDER SINGH, <br><br> Defendants. | Case No.  1:17-cv-00416-AWI-SKO <br><br> **DECLARATION OF ASHLEY HUDDLESTON, ESQ.** <br><br> **JUDGE**: Sheila K. Oberto, U.S.M.J. |

## DECLARATION OF ASHLEY HUDDLESTON, ESQ.

I, **Ashley Huddleston, Esq.**, in support of plaintiff AMUR Equipment Finance, Inc. f/k/a Axis Capital, Inc.'s ("AMUR") request for an award of contractual attorneys' fees and costs against defendants CHD Transport, Inc. d/b/a Singh Transportation ("CHD") and Balvinder Singh ("Singh," and collectively with CHD, the "Defendants"), declare as follows:

1. I have personal knowledge of the facts set forth herein, and I submit this Declaration in support of an award of contractual attorneys' fees and costs in favor of AMUR pursuant to those certain finance agreements and related guaranties executed by the Defendants.

Declaration of Ashley Huddleston, Esq. in support of Plaintiff's Request for Attorneys' Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

2. I am an Associate with the law firm of Vedder Price (CA), LLP ("Vedder Price"), counsel for AMUR in the Action.

3. I am a graduate of the University of Rochester (2010) and of Brooklyn Law School (2015). I am admitted to practice in the States of New York and New Jersey and the Southern and Eastern Districts of New York and the District of New Jersey and have practiced law for two years.

4. I assisted in the representation of AMUR in the Action and expended time drafting a motion for default judgment.

5. During my representation of AMUR in the Action, my hourly billing rate was $340.00.

6. I have devoted a total of 2.10 hours (as of September 28, 2017) to the Action, resulting in total fees to AMUR of $714.00.

7. I have striven at all times to be as efficient as possible in representing AMUR in the Action.

I declare under penalty of perjury under the laws of the United States, the State of New York and the State of California that the foregoing is true and correct.

Executed this 2nd day of October 2017 at New York, New York.

*Ashley Huddleston*

Declaration of Ashley Huddleston, Esq. in support of Plaintiff's Request for Attorneys' Fees and Costs
Case No.: 1:17-cv-00416-AWI-SKO

- 2 -